# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL GARCIA**, | : | **CIVIL ACTION NO. 1:07-CV-1886** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DAWN CUMMINGS,** | : | |
| as **ADMINISTRATRIX** of the **ESTATE** | : | |
| of **WALTER CUMMINGS**, and | : | |
| **BLACK HORSE CARRIERS, INC.**, | : | |
| Defendants | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **DAWN CUMMINGS, individually and** | : | **CIVIL ACTION NO. 1:07-CV-1923** |
| as **ADMINISTRATRIX** of the **ESTATE** | : | |
| of **WALTER CUMMINGS** | : | (Judge Conner) |
| Plaintiff | : | |
| v. | : | |
| **DANIEL GARCIA and PRIME, INC.**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of December, 2007, upon consideration of the stipulations to consolidate the above-captioned cases (Civil Action No. 1:07-CV-11886, Doc. 6; Civil Action No. 1:07-CV-1923, Doc. 8), and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a), see also Cella v. Togum Constructeur Ensembleier en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:07-CV-1923 into the case docketed as Civil Action No. 1:07-CV-1886 and to CLOSE the case docketed as Civil Action No. 1:07-CV-1923.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:07-CV-1886.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge